UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUSSELL MATHIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-cv-00933-DRH-DGW |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL

Now come the parties by their respective attorneys, and stipulate that this case shall be dismissed with prejudice and at the respective costs of the parties.

IT IS FURTHER STIPULATED AND AGREED that an Order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this Stipulation.

/s/ John P. Kujawski
John P. Kujawski, #3128922
Kujawski Marcus, LLC
1331 Park Plaza Drive, Suite 2
O'Fallon, IL 62269-1764
(618) 622-3600
Fax: (618) 622-3700

Attorneys for Plaintiff

/s/ Thomas E. Jones
Thomas E. Jones, #3123230
Harlan A. Harla, #6190824
Thompson Coburn LLP
525 West Main Street, Suite 300
Belleville, Illinois  62222
(618) 277-4700
Fax: (618) 236-3434

Attorneys for Defendant

6501624.2