UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

RUSSELL MATHIS,

    Plaintiff,

v.                              No. 13-cv-933-DRH

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 61) entered on February 10, 2017, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY: /s/Alex Francis
                                      Deputy Clerk

Dated:   February 13, 2017

                                      Judge Herndon
                                      2017.02.13
                                      08:48:09 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT